NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SISTER E. JONES-BEY,**

*Plaintiff-Appellant*

**v.**

**YUSEF SIRIUS-EL, WALTER CLENDENIN-BEY, CW HARMONY-BEY, R. JORDAN EL, JAMES PETERS-EL, CANDICE SEALES-EL, LYNETTE BERRY-BEY, TREMEL BERRY-BEY, SR., C. HURT-BEY, S. ANDERSON-BEY,**

*Defendants-Appellees*

---

2022-2219

---

Appeal from the United States District Court for the Eastern District of New York in No. 1:22-cv-04649-PKC-RER, Judge Pamela K. Chen.

---

Before TARANTO, MAYER, and STOLL, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Because Sister E. Jones-Bey's underlying district court complaint seeks, *inter alia*, damages and injunctive relief against several private individuals for alleged discrimination, libel, slander, and violations of her constitutional

rights, the court directed the parties to show cause why this appeal should not be transferred or dismissed for lack of this court's jurisdiction. *Cf.* 28 U.S.C. § 1295. Appellant responds in favor of transfer to the United States Court of Appeals for the Second Circuit. Appellees have not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

January 31, 2023                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court